# Exhibit 3

# Georgia Child Support Worksheet (October 21, 2019)

# GEORGIA CHILD SUPPORT WORKSHEET
## OSAH COURT OF COBB COUNTY
## STATE OF GEORGIA

DHS, ex rel., o/b/o LILYROSE ANNA MORAN, JASMINE MARTINEZ, VALENTINA MORAN, NATALYA SERENA MORAN GABRIELA MARTINEZ EMELIA MARTINEZ
    PLAINTIFF
vs.
ANNALINDA MARTINEZ
    DEFENDANT

| Civil Action Case No.: | 1911518 |
| --- | --- |
| DHS/DCSS Case No.: | 240027849 |
| Comments For Court: | |

Type of Action: Initial Action     Initial Order Date: 12/01/2018

| Child Name | Yr of Birth | Status | Child Name | Yr of Birth | Status |
| --- | --- | --- | --- | --- | --- |
| 01. LILYROSE ANNA MORAN | 2015 | Included | 02. JASMINE MARTINEZ | 2003 | Included |
| 03. VALENTINA MORAN | 2009 | Included | 04. NATALYA SERENA MORAN | 2009 | Included |
| 05. GABRIELA MARTINEZ | 2004 | Included | 06. EMELIA MARTINEZ | 2007 | Included |

Number of Included Children: 6
Noncustodial Parent: ANNALINDA MARTINEZ and EDWIN MORAN
Submitted By: DHS/DCSS
Nonparent Custodian: COBB DFCS

| | ANNALINDA MARTINEZ | EDWIN MORAN | Total |
| --- | --- | --- | --- |
| 1. Monthly Gross Income | $977.66 | $977.66 | $1,955.32 |
| 2. Monthly Adjusted Income | $977.66 | $977.66 | $1,955.32 |
| 3. Pro Rata Shares of Combined Income | 50.00% | 50.00% | 100.00% |
| 4. Basic Child Support Obligation (from the Table) | | | $944.00 |
| 5. Pro rata shares of Basic Child Support Obligation | $472.00 | $472.00 | |
| 6. Adjustment for Work Related Child Care and Health Insurance Expenses | $ | $ | |
| 7. Adjusted Child Support Obligation | $472.00 | $472.00 | |
| 8. Adjustment for Additional Expenses Paid | $ | $ | |
| 9. Presumptive Amount of Child Support | $472.00 | $472.00 | |
| *The Amount on Line 9 is the Presumptive Child Support Amount* | | | |
| 10. Deviations From Presumptive Child Support Amount: | $ | $ | |
| 11. Subtotal | $472.00 | $472.00 | |
| 12. Social Security Payments to Children (excludes Supplemental Security Income (SSI)) | $ | $ | |
| 13. Final Monthly Child Support Amount (rounded to whole number) | $472.00 | $472.00 | |
| *The Amount on Line 13 is the Final Child Support Amount* | | | |
| 14. Percentages for each parent for future Uninsured Health Expenses | % | % | |

**Schedules**     Attached     Not Applicable
- A   Gross Income    ☒    ☐
- B   Adjusted Income    ☐    ☒
- C   Not in use    ☐    ☒
- D   Additional Expenses    ☐    ☒
- E   Deviations From Presumptive Amount    ☐    ☒

DHS, ex rel., o/b/o LILYROSE ANNA MORAN, JASMINE MARTINEZ, VALENTINA MORAN, NATALYA SERENA MORAN GABRIELA MARTINEZ EMELIA MARTINEZ v. ANNALINDA MARTINEZ
CACN: 1911518
Submitted By: DHS/DCSS
Page 1 of 2
Georgia Child Support Calculator v 1.1
Worksheet
10/21/2019 02:17 pm

## CHILD SUPPORT SCHEDULE A
## GROSS INCOME

| Schedule A - All amounts/data that display on Schedule A were entered using the Online Child Support Calculator and can only be changed by selecting the button "Open This Worksheet." All income on Schedule A is in monthly amounts. The totals from Line 24 of this schedule will display on Line 1 of the Worksheet. | ANNALINDA MARTINEZ | EDWIN MORAN | Combined |
|---|---|---|---|
| 23. Any Other Income, including Imputed Income (Does not include means-tested public assistance) | $977.66 | $977.66 | |
| 24. TOTAL GROSS MONTHLY INCOME Total will automatically display here, Line 1 of Worksheet and Line 1 of Schedule B | $977.66 | $977.66 | $1,955.32 |
| The explanations below explain the basis of any Other Income, including Imputed Income, for each parent | | | |
| ANNALINDA MARTINEZ | | | |
| ABILITY TO EARN MINIMUM WAGE | | | |
| EDWIN MORAN | | | |
| ABILITY TO EARN MINIMUM WAGE | | | |

DHS, ex rel., o/b/o LILYROSE ANNA MORAN, JASMINE MARTINEZ, VALENTINA MORAN, NATALYA SERENA MORAN GABRIELA MARTINEZ EMELIA MARTINEZ v. ANNALINDA MARTINEZ

Submitted By: DHS/DCSS  CACN: 1911518  Schedule A
Georgia Child Support Calculator v 1.1  Page 2 of 2  10/21/2019 02:17 pm