# Exhibit 5
# DCSS Delinquency Notification
# (July 12, 2024)



**Georgia Department of Human Services**  
Aging Services | Child Support Services | Family & Children Services

DATE: 07/12/2024

ANNALINDA SENGAR  
1926 GREENHOUSE PATIO DRI  
1926  
KENNESAW, GA 30144-

RE: COBB DFCS  
CASE #: 240027849

Dear Mr(s) ANNALINDA SENGAR :

# Delinquency Notification – Final Notice Before Legal Action

Your arrears are $12,685.20 as of 07/12/2024.

A minimum of $522.00 must be paid *before* 08/12/2024 in order to delay legal action. if you cannot pay this amount, you must contact us before the deadline at 1-844-694-2347 to negotiate payment and clear up this matter. Please provide proof that you are under a Doctor's care, have filed for disability, or are receiving disability payments. Should we fail to hear from you we will proceed with legal action in the form of a Contempt Action for non-payment of child support and we will ask the Judge for lock up.

Mail Money Orders Payable To: Division of Child Support Services (DCSS)  
To: FSR, P.O. Box 1600, Carrollton, GA 30112-1600  
Include Your Name, Social Security # and Case # on the Money Order

DIVISION OF CHILD SUPPORT SERVICES