# Exhibit 7

# Request for Modification Submitted by Annalinda Martinez (October 3, 2024)



**DIVISION OF CHILD SUPPORT SERVICES**
Telephone: 1-877-423-4746 (DCSS Contact Center - Toll Free)

Re: Child Support Case No 240027849
Non-Custodial Parent Annalinda Martinez
Custodian DFCS
Children: Lilyrose Moran, Jasmine Martinez, Valentina Moran, Natalya Moran, Gabriela Martine, Emelia Martine
Support Order Date: 10/28/19   Date of Last Review: n/a

# REQUEST FOR REVIEW OF CHILD SUPPORT ORDER

**Instructions**

Use this form to ask the Division of Child Support Services (DCSS) to review your case for possible modification (change).

Except for your signature, print your responses. Use a black or blue ink ball point pen only.

Sign and return all required forms to your Child Support Services office.

Attach copies of your last two federal income tax returns and copies of your last three pay stubs. **If you do not have tax returns or pay stubs, attach a separate sheet explaining why:**

Complete and return the following forms:
- *This form. Return both pages.*
- **Personal/Financial Affidavit (3 pages),**
- **Confidential Information Form,**
- **Waiver of Personal Service,**
- **Daycare Verification (if applicable).**

Please provide a certified copy of your order. Failure to provide a certified copy may result in termination of the review.

**I want DCSS to review my support order for modification because:** (check the boxes below that affect your case):

- ☑ My wages changed.
- ☑ At least one of the children in my case turns 18 within 6 months.
- ☐ The other parent's wages changed.
- ☑ At least one of the children in my case lives in a different home.
- ☐ A health insurance requirement needs to be added to my order.
- ☐ I am disabled or imprisoned.
- ☑ Other (give details): See attached statement

**Note:** A modification review may be conducted for persons who receive TANF benefits without the request of either parent.

If you have any questions, please call 1-877-423-4746. Or you may view your case information on the Customer Service Online website at https://services.georgia.gov/dhr/cspp/do/Logon First time users are required to register to obtain a user ID and password. Your IRN is required to register.

Revised 03/08/2012                                      Form RAF WEB/1

I understand and agree that:
- All forms must be signed and notarized where required or they will be returned to you, which may cause delays or possible termination of the modification review.
- DCSS only reviews child support and health insurance modifications for the children.
- DCSS does not represent me or the other party to my support order.
- DCSS uses information I provide to establish, modify, or enforce child support.
- After DCSS reviews my request, DCSS will determine if my case meets requirements for modification.
- Both parties have the right to have an attorney represent them in court under the provision of GA law O.C.G.A. 19-6-19.
- The judge decides the start date.
- I have the right to ask a court to modify or adjust my support order on my own.
- My modified or adjusted support order can result in higher, lower or remain unchanged support payments.
- Must notify DCSS of any changes to my name, address, phone number(s) or any other information that is needed to proceed with my request for a review and modification.
- I understand that a $100 modification fee will be required if my monthly gross income (before taxes) is equal to or greater than $1,000 and I requested the review and modification. The fee is waived if I am receiving TANF. If I receive Medicaid for my children and not for myself and my monthly gross income (before taxes) is equal to or greater than $1000 per month the fee must be paid. The fee, if applicable, will be required when the review is complete and the order is adopted by the court.
- I understand that I am responsible for providing proof of my income and expenses. Failure to provide the required information within the specified time frame(s) may result in termination of the review process or an Agency Recommendation that may adversely affect my interests.
- I understand that legal documents including the Agency Recommendation and a petition will be personally served to me by my local sheriff's department or process server at my place of residence unless I sign and return the attached Waiver of Personal Service.

Under the penalty of perjury, I do hereby swear and affirm that the information I provided is accurate and true to the best of my knowledge. I understand the criminal penalties for making false statements and false swearing under Georgia Law, O.C.G.A §16-10-71 is punishable by a fine of not more than $1,000 or by imprisonment of one year or more, or both. I do hereby attest to the truthfulness of the information provided.

10/2/2024
Date

_____
Signature

Visit our web site at: http://dcss.dhs.georgia.gov/

No person because of race, color, national origin, creed, religion, sex, age, or disability, shall be discriminated against in employment, services, or any aspect of the program's activities. This form is available in alternative formats upon request.

| FOR CHILD SUPPORT AGENCY USE ONLY | |
|---|---|
| Agency representative's Signature | Date |
| Agency Street Address | City | State | Zip Code |

Form RAF WEB/2

Revised 03/08/2012

# PERSONAL / FINANCIAL AFFIDAVIT

CUSTODIAL PARENT [ ]     NON CUSTODIAL PARENT [ ]     NON PARENT CUSTODIAN [ ]

**PERSONAL INFORMATION:**

Your name: **Martinez**  **Annalinda**
Last / First / Middle / Maiden

Other married names, nicknames, etc: **Sengar**

Marital status: [✓] Single   [ ] Married  Spouse: _____   [ ] Divorced

Social Security Number: **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**   Sex: [ ] Male  [✓] Female

Date of birth: **05/20/1984**  Place of birth: **San Diego / California / ___ / US**
City / State / County / Country

Eyes: **Brown**  Hair: **Brown**  Weight: **200**  Height: **5** ft **0** in

Home address: **1926 Greenhouse Patio Drive / Kennesaw / GA / ___ / 30144**
Street address / City / State / County / Zip

Mailing address: _____ / _____ / _____ / _____ / _____

At this address since: **1/1/2019**  E-mail: **moranmartinez27@gmail.com**

Home phone #: _____  Cell phone #: **470-920-5835**  Work phone #: _____

Last permanent address: _____

Driver's license no: **053391305**  State: **GA**  Vehicle make/model/year: _____

License tag: _____  State: _____

## FEDERAL BENEFITS / SOCIAL SECURITY HISTORY

[ ] Receives social security disability    [ ] Receives SSI    [ ] Receives survivor benefits
[ ] Receives military pension or disability  [✓] Never received ANY of the above benefits
Does the child(ren) receive benefits from parent's account? [ ] Yes [ ] No  If Yes, amount $____
If yes, type, benefit amount and from which parent? _____

## ADOPTION / FOSTER CARE:

[ ] Currently receive    [✓] Never received
[ ] Reunification / Foster Care Plan   How much monthly? $_____

## YOUR EMPLOYMENT:

[✓] Unemployed   [ ] Self-employed   Type of business: _____
* If you are self-employed you MUST provide a copy of all applicable tax returns filed for your business, company and/or proprietorship.

IF UNEMPLOYED: (please provide a copy of your separation notice) Dates: from **3/1/22** to **8/1/22**
Reason for job termination: [ ] Quit  [ ] Fired  [✓] Laid Off  [ ] Other  Details: _____

Did you receive: [ ] Disability from: _/_/_ to _/_/_   [ ] Settlement Amount: $ _____

Employer: **Stay Mobile**   Job title: **Computer Tech**
Contact person: _____   Work phone no: ( ___ ) ___ - ____
Employer address: _____ / _____ / _____ / _____ / _____
Street address / City / State / County / Zip

Employed from **20/2022** to **2022**   [ ] Union: _____   Local No: _____

GROSS income: $ **900 300** (Attach pay stubs) Pay frequency: [✓] Weekly; [ ] Bi-weekly; [ ] Monthly; [ ] Semi-monthly

Form RAF WEB/5

Revised 03/08/2013

**INSURANCE INFORMATION:**
Do you provide health insurance? [ ] Yes [X] No  Total number of people included in policy? ___ Monthly Cost: $____
Each child's portion: $_____ Who is currently covered by Health Insurance? _____
Insurance company name: medicaid
Insurance company phone no.: (___)___-____
Address: _____
    Street address    City    State    County    Zip    Policy / Group No.: _____
Do you provide life insurance with the child on this case as the beneficiary? [ ] Yes [X] No  Monthly Cost: $____
Do you provide dental insurance? [ ] Yes [X] No  Monthly Cost for children included in this case: $____
Do you provide vision insurance? [ ] Yes [X] No  Monthly Cost for children included in this case: $____

**NAME OF BANK / CREDIT UNION:**
_____  Account type & no.: _____
_____  Account type & no.: _____

**FAMILY HISTORY:** [Note: even if parents are deceased]
Your mother: _____  Phone no.: (___)___-____
Date of birth: __/__/__  Place of birth: _____  [ ] Deceased on __/__/__
Address: _____
    Street address    City    State    County    Zip

*I do not know my parents*

Your father: _____  Phone no.: (___)___-____
Date of birth: __/__/__  Place of birth: _____  [ ] Deceased on __/__/__
Address: _____
    Street address    City    State    County    Zip

Other close relative/Family/Friends: _____  Relationship: _____
Address: _____
    Street address    City    State    County    Zip
Phone number or other contact address: _____

**MILITARY STATUS:** [X] Never in military service  [ ] Active  [ ] Retired  [ ] Discharged
Branch: _____  Service no.: _____  Entry date: __/__/__  Discharge date: __/__/__

**HAVE YOU EVER BEEN IN PRISON OR ON PROBATION?**
[ ] Prison history  [ ] Probation history  [ ] On probation now
Incarcerated from __/__/__ to __/__/__  Probation period to end: __/__/__
Institution name: _____  Probation / parole officer: _____
Institution address: _____  Probation / parole officer's no.: _____

**YOUR TANF (WELFARE) HISTORY:**
[X] Never on TANF  [ ] Currently on TANF  [ ] Formerly on TANF  [ ] History unknown
[ ] Receives Medicaid Only;  [ ] Receives Food Stamps only;  TANF received from __/__/__ to __/__/__

**PREVIOUS EMPLOYMENT (LAST 3 YRS):**
Provide city, state & employer name. Complete addresses are not required.
Stay mobile marietta GA

**EDUCATIONAL HISTORY:**
Schools (High school, Trade, Colleges) attended:
Boston high | _____ | Boston | MA | ____ | _____
Name | Street | City | State | Zip | Phone Number

## Your Financial Summary

| Gross Income Source (before taxes) | Average Monthly Gross Amount | Expense Source | Average Monthly Gross Amount |
|---|---|---|---|
| Salary / Wages (do not include TANF) | $0 | Rent or mortgage payment | $0 |
| Commissions, fees & tips | $0 | Utilities (electric, natural / propane gas, telephone) | $0 |
| Self-Employment Income [Refer to O.C.G.A. §19-6-15 (f)(1)(B) for details] | $0 | Child care **(proof is required)** | $0 |
| | | Alimony Paid | $0 |
| Bonuses | $0 | Food | $0 |
| Overtime Payments | $0 | Medical bills or expenses (not covered by insurance) **(proof is required)** | $0 |
| Severance Pay | $0 | Probation / parole fines | $0 |
| Recurring income from Pensions or retirement plans | $0 | Vehicle payment | $0 |
| Interest Income | $0 | Clothing | $0 |
| Income from dividends | $0 | Transportation/Visitation costs | $0 |
| Trust income | $0 | Child support paid by previous court order | $0 |
| Income from annuities | $0 | Property taxes | $0 |
| Capital Gains | $0 | Recreation | $0 |
| Social Security Disability or Retirement (Do not include SSI or payment for children) | $0 | Insurance (Health) **(proof is required)** | $0 |
| Worker's Compensation benefits | $0 | Insurance (Life) **(proof is required)** | $0 |
| Unemployment Compensation benefits | $0 | Insurance (Automobile, Homeowners) | $0 |
| Judgments from Personal Injury or other Civil Cases | $0 | Insurance (Dental/Vision) **(proof is required)** | $0 |
| Gifts (cash or other gifts that can be converted to cash) | $0 | Bankruptcy | $0 |
| Prizes / Lottery winnings | $0 | Extraordinary Educational Expenses (i.e., tuition, books, room & board) **(proof is required)** | $0 |
| Alimony & maintenance from persons not on this case | $0 | | |
| Assets which are used for support of family | $0 | Child's extraordinary medical expenses (co-pays, deductibles) **(proof is required)** | $0 |
| Fringe Benefits (if significantly reduce living expenses) | $0 | | |
| Any other income including Imputed Income: (Do not include means-tested public assistance, such as TANF or Food Stamps) | $0 | Special expenses for child rearing (i.e., camp, band, music, art, clubs) **(proof is required)** | $0 |
| | | Other: | $0 |
| **TOTAL MONTHLY GROSS INCOME:** | $0 | **TOTAL MONTHLY EXPENSES:** | $0 |

I understand the criminal penalties for making false statements and false swearing under O.C.G.A. §16-10-71 and do hereby attest to the truthfulness of the information provided. So sworn and affirmed:

Your signature: _____ SSN 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 Date: 10/2/2024

Notary Public signature: _____ Commission expiration date: 12/17/2025

NOTARY SEAL: 

TRACEY SMITH
Notary Public, Georgia
Cobb County
My Commission Expires
December 17, 2025

Form RAF WEB/7

Revised 03/08/2013

# Confidential Information Form

- [x] Divorce/Separation//Non-parental Custody/Paternity/Modifications  [ ] Other
- [x] Information Change (Check if you are updating information)
- [ ] A restraining order or protection order is in effect protecting [ ] the non-custodial parent [ ] the custodial parent  [ ] the children.

The following information about the parties is required in all cases:
(Use an additional Confidential Information Form to list additional parties or children)

- [x] Non-Custodial Parent  [ ] Custodial Parent  [ ] Non-Parent Custodian

**Name (Last, First, Middle):** Martinez Annalinda
**Race:** Hispanic
**Sex:** F
**Birth date:** May 20, 1984
**Driver's Lic. or Identicard (# and State):** 053391325 GA
**Employer:** NA
**Mailing Address (P.O. Box/Street, City, State, Zip):** 1926 Greenhouse patio DR Kennesaw GA 30144
**Employer Address and Phone Number:**
**Your Phone Number:** 470-920-8735
**Relationship to Child(ren):** Bio mother
**Your E-mail address:** moranmartinez7@gmail.com

The following information is required if there are children involved in the proceeding.

1) **Child's Name (Last, First, Middle):** Martinez Jasmine
   **Child's Race/Sex/Birthdate:** F 8/26/2001
   **Child's Present Address or Whereabouts:** GA - Unknown

2) **Child's Name (Last, First, Middle):** Martinez Gabriela
   **Child's Race/Sex/Birthdate:** F 12/7/2009
   **Child's Present Address or Whereabouts:** GA - Unknown

List the names and present addresses of the persons with whom the child(ren) lived during the last five years: Foster Care

3) Martinez Emelia F 1/5/2007 unknown
4) Moran Valentina F 4/3/2009 GA unknown
5) Moran Natalya F 9/28/11 unknown
6) Moran Lilyrose F 3/27/15 unknown

Form RAF WEB/8
Revised 03/08/2013

List the names and present addresses of any person besides you and the respondent who has physical custody of, or claims rights of custody or visitation with, the child(ren):

Please list qualified children: (your biological children residing in your home):

| 1) Child's name: Zaralyndah Martinez | 2) Child's name: Ander Sengar |
|---|---|
| Residential Address (Street, City, State, Zip) 1926 Greenhouse Patio DR Kennesaw GA 30144 | Residential Address (Street, City, State, Zip) 1926 Greenhouse Patio DR Kennesaw GA 30144 |
| Date of Birth: 12/25/2019 | Date of Birth: 9/5/2022 |

Please list children in which you have court ordered child support:

| 1) Child's name: | 1) Child's name: |
|---|---|
| County of Order and Civil Action Number | County of Order and Civil Action Number |
| Support Order Amount: $ | Support Order Amount: $ |

Additional information: _____

☐ Additional Confidential Information Form attached.

I certify under penalty of perjury under the laws of the state of Georgia that the above information is true and accurate concerning myself and is accurate to the best of my knowledge as to the other party, or is unavailable. The information is unavailable because _____

Signed on October 2, 2024 (Date) at Marietta GA (City and State).

_____
Signature

Form RAF WEB/9

Revised 03/08/2013

# INFORMATION AFFIDAVIT

You may submit this form <u>by mail</u> with attached EVIDENCE, but you MUST show that a <u>Substantial Change</u> has occurred <u>since</u> the original Support Amount was set by court order or since the last review was conducted.

The following facts should be considered when determining if my child support amount should go up, down, or remain the same:

See attached "Annalinda Martinez' Statement to Support Request for Review"

_____
_____
_____
_____
_____
_____
_____

Were the parents of the case child(ren) divorced from one another? ☐ No, ☑ Never married
☐ Yes, County:_____, State:_____ Year:_____ ☐ Still married, not yet divorced

Please indicate the number of Documents you have attached to PROVE the above statements: **8**

I understand the criminal penalties for making false statements and false swearing under Georgia law, O.C.G.A. §16-10-71 and do hereby attest to the truthfulness of the information provided.

**So sworn and affirmed,**

Your Signature: _[signature]_ SSN **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** Date: **10/2/2024**

Notary Public Signature: _[signature]_ Commission Expiration Date: **12/17/2025**

**NOTARY SEAL:**

> TRACEY SMITH
> Notary Public, Georgia
> Cobb County
> My Commission Expires
> December 17, 2025

Revised 03/08/2013                                               Form RAF WEB/11

# STATEMENT OF EMPLOYMENT AND INCOME HISTORY

(Use to show how your income has changed since the last support amount was ordered)

**Instructions:**

A person who is seeking a review for possible recommendation of modification or objecting to an increase in support, must show that changes in income are not due to his\her own actions and are expected to last over a year. This form will help you to show the facts.

1. Attach copies of <u>Separation Notices</u>, <u>Doctors' Statements</u> (if you left due to an injury), etc... The more documentation you provide, the more weight this will carry with the Judge.
2. Complete addresses are mandatory.
3. PROOF is required, or a Less-than-36-Month Review will not be justified.

Employer: **Stay mobile** Address: **Marietta GA**
Phone:(___)_____ Job Title: **Computer Tech** Period of employment: From **3/1/22** to **8/1/22**
Paid: $ **300** per [ ]Hr [✓]Wk [ ]Biwkly [ ]Yrly Total of all bonuses, commissions, per diem, etc; received Yrly: _____
Describe actual job duties: **Repair/fix computers, cell phones, laptops**
Reason for job termination: [ ] Quit [ ] Fired [✓] Laid Off [ ]Other Details: _____
_____
Did you receive: [ ] Unemployment [ ] Disability [ ] Settlement Amount: $_____ From: __/__/__ to __/__/__
Proof of Income for this job: [ ] W2's, 1099's, Tax Returns; [ ] pay stubs; [ ] Other:_____
Proof of why I left this job: [ ] Separation Notice; [ ] Doctor's or Medical Statements; [ ] Other:_____

Employer:_____ Address:_____
Phone:(___)_____ Job Title:_____ Period of employment: From __/__/__ to __/__/__
Paid: $_____ per [ ]Hr [ ]Wk [ ]Biwkly [ ]Yrly Total of all bonuses, commissions, per diem, etc; received Yrly: $_____
Describe actual job duties: _____
Reason for job termination: [ ] Quit [ ] Fired [ ] Laid Off [ ]Other Details: _____
_____
Did you receive: [ ] Unemployment [ ] Disability [ ] Settlement Amount: $_____ From: __/__/__ to __/__/__
Proof of Income for this job: [ ] W2's, 1099's, Tax Returns; [ ] pay stubs; [ ] Other:_____
Proof of why I left this job: [ ] Separation Notice; [ ] Doctor's or Medical Statements; [ ] Other:_____

Employer:_____ Address:_____
Phone:(___)_____ Job Title:_____ Period of employment: From __/__/__ to __/__/__
Paid: $_____ per [ ]Hr [ ]Wk [ ]Biwkly [ ]Yrly Total of all bonuses, commissions, per diem, etc; received Yrly: $_____
Describe actual job duties: _____
Reason for job termination: [ ] Quit [ ] Fired [ ] Laid Off [ ]Other Details: _____
_____
Did you receive: [ ] Unemployment [ ] Disability [ ] Settlement Amount: $_____ From: __/__/__ to __/__/__
Proof of Income for this job: [ ] W2's, 1099's, Tax Returns; [ ] pay stubs; [ ] Other:_____
Proof of why I left this job: [ ] Separation Notice; [ ] Doctor's or Medical Statements; [ ] Other:_____

Signed: _[signature]_ Date: **10/2/2024**

Please indicate the number of Documents attached to PROVE the above statements: **0**

Revised 03/08/2013 Form RAF WEB/13

Additional Information:

Due to the correspondence I received from Child Support Enforcement regarding my arrears, a local charity called Together with Families gave me a check for $14,161 to keep me from getting arrested by Child Support Enforcement in September 2024. I used that money to pay Child Support Enforcement.

*Annalinda Martinez*
Annalinda Martinez
October 2, 2024

# Annalinda Martinez' Statement to Support Request for Review

A child support order was issued on 10/28/19 requiring me to pay $472 per month for the following six children who were at that time in foster care. Since that date, a variety of factors occurred that should have reduced and/or eliminated my child support obligation in terms of arrears and ongoing support obligations.

Here is a summary of the changes for the six children included in the child support order:

**Jasmine Martinez (DOB 8/26/21)**
She turned 18 years old on 8/26/21 and was no longer in highschool. Accordingly, the child support obligation for her should have ended on this date.

**Gabriela Martinez (DOB 12/7/04)**
She turned 18 years old on 12/7/22 and was no longer in highschool. Accordingly, the child support obligation for her should have ended on this date.

**Emilia Martinez (DOB 1/5/07)**
She ran away from her foster care placement on or about 1/5/23. Also, she will turn 18 years old on 1/5/25. Accordingly, the child support obligation for her should have ended on 1/5/23 or in the alternative, it should end on 1/5/25.

**Valentina Moran (DOB 4/3/09)**
The Court terminated my parental rights to Valentina on 6/13/24. Accordingly, the child support obligation for her should have ended on this date.

**Natalya Moran (DOB 9/28/11)**
The Court terminated my parental rights to Natalya on 5/25/23. Accordingly, the child support obligation for her should have ended on this date.

**Lilyrose Moran (DOB 3/27/15)**
The Court terminated my parental rights to Lilyrose on 5/25/23. Accordingly, the child support obligation for her should have ended on this date.

In addition, I have given birth to additional children that I am currently caring for, which should provide a reduction in my child support amount if my obligation were to continue. Those children are Zaralyndah Martinez, DOB 12/25/19, and Ander Sengar, DOB 9/5/22.

I am not able to work because I am providing care for my young child, Ander Sengar. My boyfriend pays the rent and household expenses. Because I do not have the capability to work

right now, my income for child support purposes should be calculated at $0 if my child support obligation were to continue.

I have not filed tax returns for the last several years because I have not had enough income to do so. I do not have access to any of my paystubs from the prior employment I listed on my paperwork.

I successfully completed the Cobb County Family Treatment Court.

Additionally, Chapter 9.12 of the Georgia Division Of Family And Children Services Child Welfare Policy Manual was updated in August of 2024 to include language relevant to my situation. Based on that updated guidance, my child support obligation should be reviewed and modified.

A copy of supporting evidence is attached.

Dated this ~~1st~~ 2nd day of October, 2024

_____
Annalinda Martinez

Sworn to and subscribed before me, this

2nd day of October, 2024

_____
NOTARY PUBLIC
My Commission Expires: 12-17-2025
(Notary Seal)



TRACEY SMITH
Notary Public, Georgia
Cobb County
My Commission Expires
December 17, 2025