UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

_____
)
ANNALINDA MARTINEZ, individually )
and on behalf of all others similarly situated, )
)
    Plaintiffs, )   CASE No. 1:25-cv-04686-TRJ
)
    v. )
)
GEORGIA DIVISION OF FAMILY AND )   **PLAINTIFF'S MOTION**
CHILDREN SERVICES; GEORGIA )   **FOR PRELIMINARY**
DIVISION OF CHILD SUPPORT )   **INJUNCTION**
SERVICES; GEORGIA DEPARTMENT )
OF HUMAN SERVICES; CANDICE L. )
BROCE, in her official capacity as )
DIRECTOR OF THE DIVISION OF )
FAMILY AND CHILDREN SERVICES; )
CANDICE L. BROCE, in her official )
capacity as COMMISSIONER OF THE )
DEPARTMENT OF HUMAN SERVICES; )
MELODY DeBUSSY, in her official )
capacity as CHIEF POLICY OFFICER FOR )
THE DEPARTMENT OF HUMAN )
SERVICES; SARAH HURST, in her )
official capacity as ASSISTANT DEPUTY )
COMMISSIONER OF THE DIVISION )
OF CHILD SUPPORT SERVICES )
)
    Defendants. )
_____)

    Pursuant to Fed. R. Civ. P. 65, Plaintiff hereby moves for a preliminary injunction to minimize irreparable harm while the Parties litigate the constitutionality and legality of Defendants' challenged policies and practices. For the reasons set forth fully in Plaintiff's Memorandum in support of this Motion,

Plaintiff specifically requests that this Court enter a preliminary injunctive order requiring Defendants to: (A) affirmatively modify or end support orders to account for children who have reached the age of majority, been adopted, or are otherwise no longer in foster care, (B) establish a simple and accessible procedure through which parents can notify Defendants of erroneous charges, (C) immediately correct erroneous charges upon notice from affected parents, and (D) cease enforcement mechanisms, including passport- and license-revocation while this litigation is pending.

Respectfully submitted,

*/s/ Phil Telfeyan*
Phil Telfeyan
Caroline McCance
Lily Milwit
Equal Justice Under Law
400 7th St. NW, Suite 602
Washington, DC 20004
(202) 505-2058
ptelfeyan@equaljusticeunderlaw.org

*/s/ Darice Good*
Darice Good (Bar No. 300535)
Good Legal Firm, LLC
2300 Holcomb Bridge Road, Suite 103
Roswell, Georgia 30076
(404) 234-5475
darice@goodlegalfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Phil Telfeyan*
Phil Telfeyan