# EXHIBIT 3



Brian P. Kemp
Governor

Candice L. Broce
Commissioner

## Georgia Department of Human Services
Aging Services | Child Support Services | Family & Children Services

DATE: 10/30/2025

CASE NO: 240027849
CHILD(REN): LILYROSE HIGGINBOTTOM
JASMINE MARTINEZ
VALENTINA MORAN
NATALYA MORAN

**You have a past due balance of** $468.50.
The arrears listed do not include any arrears that may have accrued prior to DCSS involvement in the case, as well as any future arrears that may accrue.

Dear ANNALINDA MARTINEZ:

**Make your payment now to avoid problems later!**

There are several ways to make a payment:
- Download the GA DCSS Mobile App in the Apple Store or Google Play
- Login to your case at our website - https://childsupport.georgia.gov/
- Use Moneygram to transfer funds - www.moneygram.com

**If you can't make your payment, we may be able to assist you!** Send us an email to Fatherhoodinquiry@dhs.ga.gov. Include your name and case number in the email.

**Write to us if you disagree.**

If you believe our records are incorrect, you must submit a written request for an administrative hearing to the return address within thirty (30) days from the date of this notice.

**Based on our records, you are subject to DCSS taking the following enforcement actions:** denial or suspension of your driver's license or business license, garnishment of your wages, unemployment compensation intercepts, credit bureau reporting, passport denial or revocation, state and federal tax refund intercepts, bank account and property liens, lottery winnings intercept, federal criminal prosecution, requirement to post bond, or legal contempt actions.

Sincerely,

**Georgia Division of Child Support Services**

*Questions?* Call us at 1-877-GADHSGO (1-877-423-4746)