# EXHIBIT 4

Case 1:25-cv-04686-TRJ   Document 26-4   Filed 11/18/25   Page 1 of 4






## My Next Available Payment

### New Donor Bonus

1 more donation(s) to your next payment

$290 of $750    Exp. 10/23/2025



# Appointment History

## September 2025

### September 30, 2025

| | |
|---|---|
| CENTER | Kennesaw, GA |
| TYPE | Donation |

### September 25, 2025

| | |
|---|---|
| CENTER | Kennesaw, GA |
| TYPE | Donation |

### September 23, 2025

| | |
|---|---|
| CENTER | Kennesaw, GA |
| TYPE | Donation |



Home    Promotions    Donate    Rewards    More