# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ANNALINDA MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGIA DIVISION OF FAMILY AND CHILDREN SERVICES; GEORGIA DIVISION OF CHILD SUPPORT SERVICES; GEORGIA DEPARTMENT OF HUMAN SERVICES; CANDICE L. BROCE, in her official capacity as DIRECTOR OF THE DIVISION OF FAMILY AND CHILDREN SERVICES; CANDICE L. BROCE, in her official capacity as COMMISSIONER OF THE DEPARTMENT OF HUMAN SERVICES; MELODY DeBUSSY, in her official capacity as CHIEF POLICY OFFICER FOR THE DEPARTMENT OF HUMAN SERVICES; SARAH HURST, in her official capacity as ASSISTANT DEPUTY COMMISSIONER OF THE DIVISION OF CHILD SUPPORT SERVICES<br><br>Defendants. | CASE No. 1:25-cv-04686-TRJ<br><br>**DECLARATION OF CAROLINE McCANCE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Caroline McCance, declare as follows:

1. I am an attorney with the organization Equal Justice Under Law, counsel for the Plaintiff in this matter. I am barred in the District of Columbia. If called to testify, I would competently state the matters herein.

2. In the course of my representation of the Plaintiff, Annalinda Martinez, she shared with me certain documents now used as evidence in Plaintiff's Memorandum in Support of Plaintiff's Motion for Preliminary Injunction.

3. Plaintiff Martinez sent a photograph of a DCSS Letter, addressed to Plaintiff Martinez, dated October 2, 2025 to me via electronic mail.

4. This letter indicates that, as of October 2, 2025, Plaintiff Martinez was $469.00 in arrears on her child support payments.

5. A true and correct copy of this letter is attached to Plaintiff's Motion for Preliminary Injunction as Exhibit 2.

6. Plaintiff Martinez sent a photograph of a DCSS Letter, addressed to Plaintiff Martinez, dated October 30, 2025 to me via electronic mail.

7. This letter indicates that, as of October 30, 2025, Plaintiff Martinez was $468.50 in arrears on her child support payments.

8. A true and correct copy of this letter is attached to Plaintiff's Motion for Preliminary Injunction as Exhibit 3.

9. Plaintiff Martinez sent digital records of her receipts for plasma donations to me via electronic mail.

10. The plasma receipts indicate that Plaintiff Martinez donated plasma on September 23, 25, and 30, 2025.

11. The plasma receipts indicate that Plaintiff Martinez received $149.46 as compensation for her plasma donation.

12. A true and correct copy of these receipts is attached to Plaintiff's Motion for Preliminary Injunction as Exhibit 4.

13. Plaintiff Martinez sent a photograph of a Cobb County Juvenile Court Order, issued to Plaintiff Martinez, dated January 25, 2018 to me via electronic mail.

14. This Order indicates that Plaintiff Martinez's eldest daughter's birthday is August 26, 2003, making her 18 on August 26, 2021, and her second-oldest daughter's birthday is December 7, 2004, making her 18 on December 7, 2022.

15. A true and correct copy of this Order is presently part of the record as Document 20-2.

16. Plaintiff Martinez sent a photograph of a DHS/DCSS Child Support Worksheet, issued to Plaintiff Martinez, dated October 21, 2019 to me via electronic mail.

17. This Worksheet indicates that Plaintiff Martinez's recommended child support payment was 472.00 as of the date of the submission of the Worksheet to the court.

18. A true and correct copy of this Order is presently part of the record as Document 20-3.

19. Plaintiff Martinez sent a photograph of a DCSS Delinquency Notice, sent to Plaintiff Martinez, dated July 12, 2024 to me via electronic mail.

20. This Notice indicates that Plaintiff Martinez's owed $12,685.20 as of July 12, 2024, and that DCSS included threats of incarceration in this Notice.

21. A true and correct copy of this Order is presently part of the record as Document 20-5.

22. Plaintiff Martinez sent a photograph of a DCSS Enforcement Letter, sent to Plaintiff Martinez, dated October 20, 2024 to me via electronic mail.

23. This Letter indicates that Plaintiff Martinez's owed $13,157.00 as of October 20, 2024.

24. A true and correct copy of this Order is presently part of the record as Document 20-5.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 18, 2025

                                            /s/ *Caroline J. McCance*
                                            Caroline J. McCance